# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: MANASERI, SCOTT BENEDICT | § | Case No. 14-25525-JPC |
| MANASERI, TAMMY LYNN | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 10, 2014. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $        99,031.39

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 49.90 |
| Bank service fees | 607.55 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $ 98,373.94 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/08/2015 and the deadline for filing governmental claims was 01/06/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,925.90. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,925.90, for a total compensation of $5,925.90.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $72.38, for total expenses of $72.38.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/30/2016         By: /s/ALEX D. MOGLIA
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-25525-JPC  
**Case Name:** MANASERI, SCOTT BENEDICT  
MANASERI, TAMMY LYNN  
**Period Ending:** 06/30/16

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 07/10/14 (f)  
**§341(a) Meeting Date:** 08/27/14  
**Claims Bar Date:** 09/08/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3 bedroom single family residence 8372 W 140th S<br>Imported from original petition Doc# 1 | 155,500.00 | 0.00 | | 0.00 | FA |
| 2 | Savings Acct #9356 Bankfinancial 48 Orland Sq Dr<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Acct #8507 B ankfinancial 48 Orland Sq<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Misc household goods and furnishings Debtors' re<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary clothing of adult male Debtors' reside<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Necessary clothing of adult female Debtors' resi<br>Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding ring and bands<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Employer provided life insurance $55,000 death b<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 401k Great West Retirement Denver, CO<br>Imported from original petition Doc# 1 | 65,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2012 Honda Pilot 24,000 miles Debtors' residence<br>Imported from original petition Doc# 1 | 23,300.00 | 0.00 | | 0.00 | FA |
| 11 | 2014 Kia Optima 100 miles Debtors' residence<br>Imported from original petition Doc# 1 | 21,000.00 | 0.00 | | 0.00 | FA |
| 12 | Marquette Bank  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | BENEFICIAL INTEREST IN ESTATE OF DECEASED PARENT  (u) | Unknown | Unknown | | 90,031.39 | FA |
| 14 | 2008 Chevrolet Malibu  (u) | 0.00 | 0.00 | | 9,000.00 | FA |
| 15 | Advocate Christ Hospital  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| **15** | **Assets** **Totals** (Excluding unknown values) | **$267,700.00** | **$0.00** | | **$99,031.39** | **$0.00** |

RE PROP# 15    Duplicate of Asset #13.

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-25525-JPC  
**Case Name:** MANASERI, SCOTT BENEDICT  
MANASERI, TAMMY LYNN  
**Period Ending:** 06/30/16  

**Trustee:** (330260)    ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 07/10/14 (f)  
**§341(a) Meeting Date:** 08/27/14  
**Claims Bar Date:** 09/08/15  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    March 31, 2016     **Current Projected Date Of Final Report (TFR):**    June 30, 2016

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-25525-JPC  
**Case Name:** MANASERI, SCOTT BENEDICT  
MANASERI, TAMMY LYNN  
**Taxpayer ID #:** **-***7231  
**Period Ending:** 06/30/16

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/22/15 | {14} | Marquette Bank | Proceeds from sale of vehicle | 1229-000 | 9,000.00 | | 9,000.00 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,990.00 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.36 | 8,976.64 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.47 | 8,964.17 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.75 | 8,950.42 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.87 | 8,937.55 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.42 | 8,925.13 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.12 | 8,911.01 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.35 | 8,898.66 |
| 02/10/16 | {13} | Law Offices of John Kralovec & Associates, LTD | Estate of Manaseri v. Advocate Christ Hospital | 1249-000 | 90,031.39 | | 98,930.05 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.90 | 98,853.15 |
| 03/02/16 | 101 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #14-25525, Bond Number 10BSBGR6291 Voided on 03/02/16 | 2300-000 | | 60.74 | 98,792.41 |
| 03/02/16 | 101 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #14-25525, Bond Number 10BSBGR6291 Voided: check issued on 03/02/16 | 2300-000 | | -60.74 | 98,853.15 |
| 03/02/16 | 102 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #14-25525, Bond Number 10BSBGR6291 for 2016-2017 | 2300-000 | | 49.90 | 98,803.25 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 155.94 | 98,647.31 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.78 | 98,510.53 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.59 | 98,373.94 |
| | | | **ACCOUNT TOTALS** | | 99,031.39 | 657.45 | **$98,373.94** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 99,031.39 | 657.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$99,031.39** | **$657.45** | |

{} Asset reference(s)

Printed: 06/30/2016 10:31 AM V.13.28

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 14-25525-JPC | **Trustee:** | ALEX D. MOGLIA (330260) |
| **Case Name:** MANASERI, SCOTT BENEDICT | **Bank Name:** | Rabobank, N.A. |
| MANASERI, TAMMY LYNN | **Account:** | ******0566 - Checking Account |
| **Taxpayer ID #:** **-***7231 | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** 06/30/16 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | Net Receipts : | 99,031.39 | | | | |
| | | Net Estate : | $99,031.39 | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******0566** | 99,031.39 | 657.45 | 98,373.94 |
| | $99,031.39 | $657.45 | $98,373.94 |

{} Asset reference(s)                                                                                                                    Printed: 06/30/2016 10:31 AM     V.13.28

# Claims Register

### Case: 14-25525-JPC    MANASERI, SCOTT BENEDICT

Claims Bar Date: 09/08/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | SPRINGER BROWN LLC<br>WHEATON EXECUTIVE CENTER<br>400 S. COUNTY FARM ROAD - SUITE 330<br>WHEATON, IL 60187<br><3210-00  Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>07/10/14 | | $11,135.00<br>$11,135.00 | $0.00 | $11,135.00 |
| | SPRINGER BROWN LLC<br>WHEATON EXECUTIVE CENTER<br>400 S. COUNTY FARM ROAD - SUITE 330<br>WHEATON, IL 60187<br><3220-00  Attorney for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>07/10/14 | | $56.46<br>$56.46 | $0.00 | $56.46 |
| | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2100-00  Trustee Compensation>, 200 | Admin Ch. 7<br>07/10/14 | [Updated by Surplus to Debtor Report based on Net Estate Value: 53518.04] | $5,925.90<br>$5,925.90 | $0.00 | $5,925.90 |
| | ALEX D. MOGLIA<br>1325 REMINGTON RD.STE. H<br>SCHAUMBURG, IL 60173<br><2200-00  Trustee Expenses>, 200 | Admin Ch. 7<br>07/10/14 | | $72.38<br>$72.38 | $0.00 | $72.38 |
| 1 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>06/11/15 | | $1,189.22<br>$1,189.22 | $0.00 | $1,189.22 |
| 1I | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured<br>06/11/15 | | $2.58<br>$2.58 | $0.00 | $2.58 |
| 2 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>06/11/15 | | $2,816.93<br>$2,816.93 | $0.00 | $2,816.93 |
| 2I | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured<br>06/11/15 | | $6.12<br>$6.12 | $0.00 | $6.12 |

# Claims Register

### Case: 14-25525-JPC  MANASERI, SCOTT BENEDICT

Claims Bar Date: 09/08/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3P-2 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>06/15/15 | | $3,070.15<br>$3,070.15 | $0.00 | $3,070.15 |
| 3U-2 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/15/15 | | $91.76<br>$91.76 | $0.00 | $91.76 |
| 4 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/16/15 | | $838.94<br>$838.94 | $0.00 | $838.94 |
| 4I | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>06/16/15 | | $1.82<br>$1.82 | $0.00 | $1.82 |
| 5 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/16/15 | | $1,178.68<br>$1,178.68 | $0.00 | $1,178.68 |
| 5I | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>06/16/15 | | $2.56<br>$2.56 | $0.00 | $2.56 |
| 6 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>06/16/15 | | $287.32<br>$287.32 | $0.00 | $287.32 |
| 6I | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>06/16/15 | | $0.62<br>$0.62 | $0.00 | $0.62 |

# Claims Register

## Case: 14-25525-JPC    MANASERI, SCOTT BENEDICT

Claims Bar Date:  09/08/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/02/15 | | $763.02<br>$763.02 | $0.00 | $763.02 |
| 7I | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>07/02/15 | | $1.66<br>$1.66 | $0.00 | $1.66 |
| 8 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/02/15 | | $1,386.71<br>$1,386.71 | $0.00 | $1,386.71 |
| 8I | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>07/02/15 | | $3.01<br>$3.01 | $0.00 | $3.01 |
| 9 -2 | American Honda Finance Corporation<br>P.O. Box 168088<br>Irving, TX 75016-8088<br>   71664-41<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>07/30/15 | Claim disallowed docket #57. | $0.00<br>$0.00 | $0.00 | $0.00 |
| 10 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/19/15 | | $1,001.92<br>$1,001.92 | $0.00 | $1,001.92 |
| 10I | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>08/19/15 | | $2.18<br>$2.18 | $0.00 | $2.18 |
| 11 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured<br>08/19/15 | | $1,857.89<br>$1,857.89 | $0.00 | $1,857.89 |

# Claims Register

### Case: 14-25525-JPC  MANASERI, SCOTT BENEDICT

Claims Bar Date: 09/08/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 11I | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured<br>08/19/15 | | $4.04<br>$4.04 | $0.00 | $4.04 |
| | <7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 12 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured<br>08/19/15 | | $1,046.94<br>$1,046.94 | $0.00 | $1,046.94 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 12I | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured<br>08/19/15 | | $2.27<br>$2.27 | $0.00 | $2.27 |
| | <7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 13 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured<br>08/19/15 | | $3,148.18<br>$3,148.18 | $0.00 | $3,148.18 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 13I | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured<br>08/19/15 | | $6.84<br>$6.84 | $0.00 | $6.84 |
| | <7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 14 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured<br>08/19/15 | | $1,865.25<br>$1,865.25 | $0.00 | $1,865.25 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 14I | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured<br>08/19/15 | | $4.05<br>$4.05 | $0.00 | $4.05 |

# Claims Register

## Case: 14-25525-JPC  MANASERI, SCOTT BENEDICT

Claims Bar Date: 09/08/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| 15 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/19/15 | | $1,740.94<br>$1,740.94 | $0.00 | $1,740.94 |
| 15I | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>08/19/15 | | $3.78<br>$3.78 | $0.00 | $3.78 |
| 16 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/19/15 | | $2,322.02<br>$2,322.02 | $0.00 | $2,322.02 |
| 16I | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>08/19/15 | | $5.05<br>$5.05 | $0.00 | $5.05 |
| 17 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/19/15 | | $1,415.86<br>$1,415.86 | $0.00 | $1,415.86 |
| 17I | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>08/19/15 | | $3.08<br>$3.08 | $0.00 | $3.08 |
| 18 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/24/15 | | $1,093.68<br>$1,093.68 | $0.00 | $1,093.68 |

# Claims Register

### Case:  14-25525-JPC    MANASERI, SCOTT BENEDICT

Claims Bar Date:  09/08/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 18I | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390<br><7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>08/24/15 | | $2.38<br>$2.38 | $0.00 | $2.38 |
| 19 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/24/15 | | $2,320.30<br>$2,320.30 | $0.00 | $2,320.30 |
| 19I | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>08/24/15 | | $5.04<br>$5.04 | $0.00 | $5.04 |
| 20 -2 | PYOD, LLC its successors and assigns<br>as assignee<br>of FNBM, LLC<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/28/15 | | $2,140.59<br>$2,140.59 | $0.00 | $2,140.59 |
| 20I-2 | PYOD, LLC its successors and assigns<br>as assignee<br>of FNBM, LLC<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>08/28/15 | | $4.65<br>$4.65 | $0.00 | $4.65 |
| 21 -2 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>08/28/15 | | $3,798.05<br>$3,798.05 | $0.00 | $3,798.05 |
| 21I-2 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>08/28/15 | | $8.25<br>$8.25 | $0.00 | $8.25 |

# Claims Register

### Case: 14-25525-JPC    MANASERI, SCOTT BENEDICT

Claims Bar Date: 09/08/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 22 | Citibank, N.A. c/o American InfoSource LP PO Box 248840 Oklahoma City, OK 73124-8840 <7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured 08/28/15 | | $219.17 $219.17 | $0.00 | $219.17 |
| 22I | Citibank, N.A. c/o American InfoSource LP PO Box 248840 Oklahoma City, OK 73124-8840 <7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured 08/28/15 | | $0.48 $0.48 | $0.00 | $0.48 |
| 3PI-2 | Department of the Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 <7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured 06/15/15 | | $6.67 $6.67 | $0.00 | $6.67 |
| 3UI-2 | Department of the Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 <7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured 06/15/15 | | $0.20 $0.20 | $0.00 | $0.20 |
| SURPLUS | MANASERI, SCOTT BENEDICT 8372 W 140TH STREET ORLAND PARK, IL 60462 <8200-00  Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)>,  650 | Unsecured 07/10/14 | | $45,513.35 $45,513.35 | $0.00 | $45,513.35 |
| | | | **Case Total:** | | **$0.00** | **$98,373.94** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-25525-JPC
Case Name: MANASERI, SCOTT BENEDICT
Trustee Name: ALEX D. MOGLIA

**Balance on hand:** $ 98,373.94

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 98,373.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ALEX D. MOGLIA | 5,925.90 | 0.00 | 5,925.90 |
| Trustee, Expenses - ALEX D. MOGLIA | 72.38 | 0.00 | 72.38 |
| Attorney for Trustee, Fees - SPRINGER BROWN LLC | 11,135.00 | 0.00 | 11,135.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN LLC | 56.46 | 0.00 | 56.46 |

Total to be paid for chapter 7 administration expenses: $ 17,189.74
Remaining balance: $ 81,184.20

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 81,184.20

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,070.15 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3P-2 | Department of the Treasury | 3,070.15 | 0.00 | 3,070.15 |

|  |  |
|---|---:|
| Total to be paid for priority claims: | $ 3,070.15 |
| Remaining balance: | $ 78,114.05 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,523.37 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Discover Bank | 1,189.22 | 0.00 | 1,189.22 |
| 2 | Commerce Bank | 2,816.93 | 0.00 | 2,816.93 |
| 3U-2 | Department of the Treasury | 91.76 | 0.00 | 91.76 |
| 4 | Quantum3 Group LLC as agent for | 838.94 | 0.00 | 838.94 |
| 5 | Quantum3 Group LLC as agent for | 1,178.68 | 0.00 | 1,178.68 |
| 6 | Quantum3 Group LLC as agent for | 287.32 | 0.00 | 287.32 |
| 7 | Capital One Bank (USA), N.A. | 763.02 | 0.00 | 763.02 |
| 8 | Capital One Bank (USA), N.A. | 1,386.71 | 0.00 | 1,386.71 |
| 10 | Capital Recovery V, LLC | 1,001.92 | 0.00 | 1,001.92 |
| 11 | Capital Recovery V, LLC | 1,857.89 | 0.00 | 1,857.89 |
| 12 | Capital Recovery V, LLC | 1,046.94 | 0.00 | 1,046.94 |
| 13 | Capital Recovery V, LLC | 3,148.18 | 0.00 | 3,148.18 |
| 14 | Capital Recovery V, LLC | 1,865.25 | 0.00 | 1,865.25 |
| 15 | Capital Recovery V, LLC | 1,740.94 | 0.00 | 1,740.94 |
| 16 | Capital Recovery V, LLC | 2,322.02 | 0.00 | 2,322.02 |
| 17 | Capital Recovery V, LLC | 1,415.86 | 0.00 | 1,415.86 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|---|---|---:|---:|---:|
| 18 | Dell Financial Services, LLC | 1,093.68 | 0.00 | 1,093.68 |
| 19 | MERRICK BANK | 2,320.30 | 0.00 | 2,320.30 |
| 20 -2 | PYOD, LLC its successors and assigns as assignee | 2,140.59 | 0.00 | 2,140.59 |
| 21 -2 | PYOD, LLC its successors and assigns as assignee | 3,798.05 | 0.00 | 3,798.05 |
| 22 | Citibank, N.A. | 219.17 | 0.00 | 219.17 |

Total to be paid for timely general unsecured claims: $ 32,523.37
Remaining balance: $ 45,590.68

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 45,590.68

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 45,590.68

**UST Form 101-7-TFR (05/1/2011)**

      To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $77.33.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $45,513.35.

**UST Form 101-7-TFR (05/1/2011)**