UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| **MANASERI, SCOTT BENEDICT** | ) Bankruptcy Case No. 14-25525 JPC |
| **MANASERI, TAMMY LYNN** | ) Chapter 7 |
| | ) |
| Debtor(s). | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 5, 2016, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

    MANASERI, SCOTT BENEDICT
    MANASERI, TAMMY LYNN
    8372 W 140TH STREET
    ORLAND PARK, IL 60462

    THOMAS L. MURPHY
    PETTI MURPHY & ASSOCIATES
    1100 RAVINIA PLACE
    ORLAND PARK, IL 60462

    ALEX D. MOGLIA
    1325 REMINGTON RD.STE. H
    SCHAUMBURG, IL 60173

    SPRINGER BROWN LLC
    WHEATON EXECUTIVE CENTER
    400 S. COUNTY FARM ROAD - SUITE 330
    WHEATON, IL 60187

1    Discover Bank
    Discover Products Inc
    PO Box 3025
    New Albany, OH 43054-3025

| | |
|---|---|
| 2 | Commerce Bank<br>P O BOX 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 |
| 3P-2 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 |
| 3U-2 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 |
| 4 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| 5 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| 6 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| 7 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| 8 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| 9 -2 | American Honda Finance Corporation<br>P.O. Box 168088<br>Irving, TX 75016-8088 |

71664-41

10  Capital Recovery V, LLC
    c/o Recovery Management Systems Corporat
    25 SE 2nd Avenue Suite 1120
    Miami, FL 33131-1605

11  Capital Recovery V, LLC
    c/o Recovery Management Systems Corporat
    25 SE 2nd Avenue Suite 1120
    Miami, FL 33131-1605

12  Capital Recovery V, LLC
    c/o Recovery Management Systems Corporat
    25 SE 2nd Avenue Suite 1120
    Miami, FL 33131-1605

13  Capital Recovery V, LLC
    c/o Recovery Management Systems Corporat
    25 SE 2nd Avenue Suite 1120
    Miami, FL 33131-1605

14  Capital Recovery V, LLC
    c/o Recovery Management Systems Corporat
    25 SE 2nd Avenue Suite 1120
    Miami, FL 33131-1605

15  Capital Recovery V, LLC
    c/o Recovery Management Systems Corporat
    25 SE 2nd Avenue Suite 1120
    Miami, FL 33131-1605

16  Capital Recovery V, LLC
    c/o Recovery Management Systems Corporat
    25 SE 2nd Avenue Suite 1120
    Miami, FL 33131-1605

17  Capital Recovery V, LLC
    c/o Recovery Management Systems Corporat
    25 SE 2nd Avenue Suite 1120
    Miami, FL 33131-1605

18  Dell Financial Services, LLC
    Resurgent Capital Services

|  |  |
|---|---|
|  | PO Box 10390<br>Greenville, SC 29603-0390 |
| 19 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| 20 -2 | PYOD, LLC its successors and assigns as assignee of FNBM, LLC<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 |
| 21 -2 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 |
| 22 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 |
| SURPLUS | MANASERI, SCOTT BENEDICT<br>8372 W 140TH STREET<br>ORLAND PARK, IL 60462 |

Office of the United States Trustee
219 South Dearborn Street
Room 873
Chicago, IL  60604


/s/ ALEX D. MOGLIA

Chapter 7 Trustee
ALEX D. MOGLIA, Trustee
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL 60173
Phone: (847) 884-8282
Fax: (847) 884-1188