**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MANASERI, SCOTT BENEDICT § Case No. 14-25525-JPC
MANASERI, TAMMY LYNN §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $267,700.00 *(without deducting any secured claims)* | Assets Exempt: $135,800.00 |
| Total Distribution to Claimants: $35,670.85 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $17,847.19 | |

3) Total gross receipts of $ 99,031.39 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 45,513.35 (see **Exhibit 2**), yielded net receipts of $53,518.04 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 17,847.19 | 17,847.19 | 17,847.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 3,070.15 | 3,070.15 | 3,070.15 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 32,600.70 | 32,600.70 | 32,600.70 |
| **TOTAL DISBURSEMENTS** | $0.00 | $53,518.04 | $53,518.04 | $53,518.04 |

4) This case was originally filed under Chapter 7 on July 10, 2014. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/03/2016          By: /s/ALEX D. MOGLIA
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

Case 14-25525    Doc 67    Filed 11/18/16    Entered 11/18/16 13:54:22    Desc Main
                              Document      Page 3 of 14

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| BENEFICIAL INTEREST IN ESTATE OF DECEASED PARENT | 1249-000 | 90,031.39 |
| 2008 Chevrolet Malibu | 1229-000 | 9,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$99,031.39** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MANASERI, SCOTT BENEDICT | BANKRUPTCY CASE14-25525 ,MANASERI, SCOTT BENEDICT DIVIDEND ON ALLOWED CLAIM # SURPLUS of 100.00% | 8200-002 | 45,513.35 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$45,513.35** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALEX D. MOGLIA | 2100-000 | N/A | 5,925.90 | 5,925.90 | 5,925.90 |
| ALEX D. MOGLIA | 2200-000 | N/A | 72.38 | 72.38 | 72.38 |

| | | | | | |
|---|---|---|---|---|---|
| SPRINGER BROWN LLC | 3210-000 | N/A | 11,135.00 | 11,135.00 | 11,135.00 |
| SPRINGER BROWN LLC | 3220-000 | N/A | 56.46 | 56.46 | 56.46 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 13.36 | 13.36 | 13.36 |
| Rabobank, N.A. | 2600-000 | N/A | 12.47 | 12.47 | 12.47 |
| Rabobank, N.A. | 2600-000 | N/A | 13.75 | 13.75 | 13.75 |
| Rabobank, N.A. | 2600-000 | N/A | 12.87 | 12.87 | 12.87 |
| Rabobank, N.A. | 2600-000 | N/A | 12.42 | 12.42 | 12.42 |
| Rabobank, N.A. | 2600-000 | N/A | 14.12 | 14.12 | 14.12 |
| Rabobank, N.A. | 2600-000 | N/A | 12.35 | 12.35 | 12.35 |
| Rabobank, N.A. | 2600-000 | N/A | 76.90 | 76.90 | 76.90 |
| Adams Levine Surety Bond Agency | 2300-000 | N/A | 49.90 | 49.90 | 49.90 |
| Rabobank, N.A. | 2600-000 | N/A | 155.94 | 155.94 | 155.94 |
| Rabobank, N.A. | 2600-000 | N/A | 136.78 | 136.78 | 136.78 |
| Rabobank, N.A. | 2600-000 | N/A | 136.59 | 136.59 | 136.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $17,847.19 | $17,847.19 | $17,847.19 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P-2 | Department of the Treasury | 5800-000 | N/A | 3,070.15 | 3,070.15 | 3,070.15 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $3,070.15 | $3,070.15 | $3,070.15 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 1,189.22 | 1,189.22 | 1,189.22 |
| 1I | Discover Bank | 7990-000 | N/A | 2.58 | 2.58 | 2.58 |
| 2 | Commerce Bank | 7100-000 | N/A | 2,816.93 | 2,816.93 | 2,816.93 |
| 2I | Commerce Bank | 7990-000 | N/A | 6.12 | 6.12 | 6.12 |
| 3U-2 | Department of the Treasury | 7100-000 | N/A | 91.76 | 91.76 | 91.76 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 838.94 | 838.94 | 838.94 |
| 4I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 1.82 | 1.82 | 1.82 |
| 5 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,178.68 | 1,178.68 | 1,178.68 |
| 5I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 2.56 | 2.56 | 2.56 |
| 6 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 287.32 | 287.32 | 287.32 |
| 6I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 0.62 | 0.62 | 0.62 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 763.02 | 763.02 | 763.02 |
| 7I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 1.66 | 1.66 | 1.66 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,386.71 | 1,386.71 | 1,386.71 |
| 8I | Capital One Bank (USA), N.A. | 7990-000 | N/A | 3.01 | 3.01 | 3.01 |
| 9 -2 | American Honda Finance Corporation | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 10 | Capital Recovery V, LLC | 7100-000 | N/A | 1,001.92 | 1,001.92 | 1,001.92 |
| 10I | Capital Recovery V, LLC | 7990-000 | N/A | 2.18 | 2.18 | 2.18 |
| 11 | Capital Recovery V, LLC | 7100-000 | N/A | 1,857.89 | 1,857.89 | 1,857.89 |
| 11I | Capital Recovery V, LLC | 7990-000 | N/A | 4.04 | 4.04 | 4.04 |
| 12 | Capital Recovery V, LLC | 7100-000 | N/A | 1,046.94 | 1,046.94 | 1,046.94 |
| 12I | Capital Recovery V, LLC | 7990-000 | N/A | 2.27 | 2.27 | 2.27 |
| 13 | Capital Recovery V, LLC | 7100-000 | N/A | 3,148.18 | 3,148.18 | 3,148.18 |
| 13I | Capital Recovery V, LLC | 7990-000 | N/A | 6.84 | 6.84 | 6.84 |
| 14 | Capital Recovery V, LLC | 7100-000 | N/A | 1,865.25 | 1,865.25 | 1,865.25 |
| 14I | Capital Recovery V, LLC | 7990-000 | N/A | 4.05 | 4.05 | 4.05 |
| 15 | Capital Recovery V, LLC | 7100-000 | N/A | 1,740.94 | 1,740.94 | 1,740.94 |
| 15I | Capital Recovery V, LLC | 7990-000 | N/A | 3.78 | 3.78 | 3.78 |
| 16 | Capital Recovery V, LLC | 7100-000 | N/A | 2,322.02 | 2,322.02 | 2,322.02 |
| 16I | Capital Recovery V, LLC | 7990-000 | N/A | 5.05 | 5.05 | 5.05 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | Capital Recovery V, LLC | 7100-000 | N/A | 1,415.86 | 1,415.86 | 1,415.86 |
| 17I | Capital Recovery V, LLC | 7990-000 | N/A | 3.08 | 3.08 | 3.08 |
| 18 | Dell Financial Services, LLC | 7100-000 | N/A | 1,093.68 | 1,093.68 | 1,093.68 |
| 18I | Dell Financial Services, LLC | 7990-000 | N/A | 2.38 | 2.38 | 2.38 |
| 19 | MERRICK BANK | 7100-000 | N/A | 2,320.30 | 2,320.30 | 2,320.30 |
| 19I | MERRICK BANK | 7990-000 | N/A | 5.04 | 5.04 | 5.04 |
| 20 -2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 2,140.59 | 2,140.59 | 2,140.59 |
| 20I-2 | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 4.65 | 4.65 | 4.65 |
| 21 -2 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 3,798.05 | 3,798.05 | 3,798.05 |
| 21I-2 | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 8.25 | 8.25 | 8.25 |
| 22 | Citibank, N.A. | 7100-000 | N/A | 219.17 | 219.17 | 219.17 |
| 22I | Citibank, N.A. | 7990-000 | N/A | 0.48 | 0.48 | 0.48 |
| 3PI-2 | Department of the Treasury | 7990-000 | N/A | 6.67 | 6.67 | 6.67 |
| 3UI-2 | Department of the Treasury | 7990-000 | N/A | 0.20 | 0.20 | 0.20 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $32,600.70 | $32,600.70 | $32,600.70 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-25525-JPC  
**Case Name:** MANASERI, SCOTT BENEDICT  
MANASERI, TAMMY LYNN  
**Period Ending:** 11/03/16

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 07/10/14 (f)  
**§341(a) Meeting Date:** 08/27/14  
**Claims Bar Date:** 09/08/15

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1 | 3 bedroom single family residence 8372 W 140th S  Imported from original petition Doc# 1 | 155,500.00 | 0.00 | | 0.00 | FA |
| 2 | Savings Acct #9356 Bankfinancial 48 Orland Sq Dr  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Acct #8507 B ankfinancial 48 Orland Sq  Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Misc household goods and furnishings Debtors' re  Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary clothing of adult male Debtors' reside  Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Necessary clothing of adult female Debtors' resi  Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 7 | Wedding ring and bands  Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Employer provided life insurance $55,000 death b  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 401k Great West Retirement Denver, CO  Imported from original petition Doc# 1 | 65,000.00 | 0.00 | | 0.00 | FA |
| 10 | 2012 Honda Pilot 24,000 miles Debtors' residence  Imported from original petition Doc# 1 | 23,300.00 | 0.00 | | 0.00 | FA |
| 11 | 2014 Kia Optima 100 miles Debtors' residence  Imported from original petition Doc# 1 | 21,000.00 | 0.00 | | 0.00 | FA |
| 12 | Marquette Bank (u) | 0.00 | 0.00 | | 0.00 | FA |
| 13 | BENEFICIAL INTEREST IN ESTATE OF DECEASED PARENT (u) | Unknown | Unknown | | 90,031.39 | FA |
| 14 | 2008 Chevrolet Malibu (u) | 0.00 | 0.00 | | 9,000.00 | FA |
| 15 | Advocate Christ Hospital (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 15 Assets Totals (Excluding unknown values) | **$267,700.00** | **$0.00** | | **$99,031.39** | **$0.00** |

RE PROP# 15   Duplicate of Asset #13.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-25525-JPC  
**Case Name:** MANASERI, SCOTT BENEDICT  
MANASERI, TAMMY LYNN  
**Period Ending:** 11/03/16

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 07/10/14 (f)  
**§341(a) Meeting Date:** 08/27/14  
**Claims Bar Date:** 09/08/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

HEARING ON FEES AND EXPENSES.

FINAL DISTRIBUTION.

HEARING ON FEES AND EXPENSES.

FINAL DISTRIBUTION.

**Initial Projected Date Of Final Report (TFR):**   March 31, 2016       **Current Projected Date Of Final Report (TFR):**   July 29, 2016  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-25525-JPC  
**Case Name:** MANASERI, SCOTT BENEDICT  
MANASERI, TAMMY LYNN  
**Taxpayer ID #:** **-***7231  
**Period Ending:** 11/03/16

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0566 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/22/15 | {14} | Marquette Bank | Proceeds from sale of vehicle | 1229-000 | 9,000.00 | | 9,000.00 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,990.00 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.36 | 8,976.64 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.47 | 8,964.17 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.75 | 8,950.42 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.87 | 8,937.55 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.42 | 8,925.13 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.12 | 8,911.01 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.35 | 8,898.66 |
| 02/10/16 | {13} | Law Offices of John Kralovec & Associates, LTD | Estate of Manaseri v. Advocate Christ Hospital | 1249-000 | 90,031.39 | | 98,930.05 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.90 | 98,853.15 |
| 03/02/16 | 101 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #14-25525, Bond Number 10BSBGR6291 Voided on 03/02/16 | 2300-000 | | 60.74 | 98,792.41 |
| 03/02/16 | 101 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #14-25525, Bond Number 10BSBGR6291 Voided: check issued on 03/02/16 | 2300-000 | | -60.74 | 98,853.15 |
| 03/02/16 | 102 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #14-25525, Bond Number 10BSBGR6291 for 2016-2017 | 2300-000 | | 49.90 | 98,803.25 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 155.94 | 98,647.31 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.78 | 98,510.53 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.59 | 98,373.94 |
| 09/07/16 | 103 | MANASERI, SCOTT BENEDICT | BANKRUPTCY CASE14-25525 ,MANASERI, SCOTT BENEDICT DIVIDEND ON ALLOWED CLAIM # SURPLUS of 100.00% | 8200-002 | | 45,513.35 | 52,860.59 |
| 09/07/16 | 104 | ALEX D. MOGLIA | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 5,998.28 | 46,862.31 |
| | | | Dividend paid 100.00%  5,925.90 on $5,925.90;  Claim# ; Filed: $5,925.90 | 2100-000 | | | 46,862.31 |
| | | | Dividend paid 100.00%  72.38 | 2200-000 | | | 46,862.31 |

Subtotals :   $99,031.39   $52,169.08

{} Asset reference(s)

Printed: 11/03/2016 09:20 AM    V.13.28

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 14-25525-JPC | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|
| Case Name: | MANASERI, SCOTT BENEDICT | Bank Name: | Rabobank, N.A. |
|  | MANASERI, TAMMY LYNN | Account: | ******0566 - Checking Account |
| Taxpayer ID #: | **-***7231 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/03/16 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | on $72.38; Claim# ;<br>Filed: $72.38 |  |  |  |  |
| 09/07/16 | 105 | Capital One Bank (USA), N.A. | Combined Check for Claims#7,8,7I,8I |  |  | 2,154.40 | 44,707.91 |
|  |  |  | Dividend paid 100.00%    763.02<br>on $763.02; Claim# 7;<br>Filed: $763.02 | 7100-000 |  |  | 44,707.91 |
|  |  |  | Dividend paid 100.00%    1,386.71<br>on $1,386.71; Claim# 8;<br>Filed: $1,386.71 | 7100-000 |  |  | 44,707.91 |
|  |  |  | Dividend paid 100.00%    1.66<br>on $1.66; Claim# 7I;<br>Filed: $1.66 | 7990-000 |  |  | 44,707.91 |
|  |  |  | Dividend paid 100.00%    3.01<br>on $3.01; Claim# 8I;<br>Filed: $3.01 | 7990-000 |  |  | 44,707.91 |
| 09/07/16 | 106 | Capital Recovery V, LLC | Combined Check for Claims#10,11,12,13,14,15,16,17,10I,11I,12I,13I,14I,15I,16I,17I |  |  | 14,430.29 | 30,277.62 |
|  |  |  | Dividend paid 100.00%    1,001.92<br>on $1,001.92; Claim# 10; Filed: $1,001.92 | 7100-000 |  |  | 30,277.62 |
|  |  |  | Dividend paid 100.00%    1,857.89<br>on $1,857.89; Claim# 11; Filed: $1,857.89 | 7100-000 |  |  | 30,277.62 |
|  |  |  | Dividend paid 100.00%    1,046.94<br>on $1,046.94; Claim# 12; Filed: $1,046.94 | 7100-000 |  |  | 30,277.62 |
|  |  |  | Dividend paid 100.00%    3,148.18<br>on $3,148.18; Claim# 13; Filed: $3,148.18 | 7100-000 |  |  | 30,277.62 |
|  |  |  | Dividend paid 100.00%    1,865.25<br>on $1,865.25; Claim# 14; Filed: $1,865.25 | 7100-000 |  |  | 30,277.62 |
|  |  |  | Dividend paid 100.00%    1,740.94<br>on $1,740.94; Claim# 15; Filed: $1,740.94 | 7100-000 |  |  | 30,277.62 |
|  |  |  | Dividend paid 100.00%    2,322.02<br>on $2,322.02; Claim# 16; Filed: $2,322.02 | 7100-000 |  |  | 30,277.62 |

Subtotals :      $0.00      $16,584.69

{} Asset reference(s)                                    Printed: 11/03/2016 09:20 AM    V.13.28

Case 14-25525    Doc 67    Filed 11/18/16    Entered 11/18/16 13:54:22    Desc Main
Document      Page 11 of 14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 14-25525-JPC | | **Trustee:** | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| **Case Name:** | MANASERI, SCOTT BENEDICT | | **Bank Name:** | Rabobank, N.A. |
| | MANASERI, TAMMY LYNN | | **Account:** | ******0566 - Checking Account |
| **Taxpayer ID #:** | **-***7231 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 11/03/16 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00% on $1,415.86; Claim# 17; Filed: $1,415.86 | 1,415.86 | 7100-000 | | | 30,277.62 |
| | | | Dividend paid 100.00% on $2.18; Claim# 10I; Filed: $2.18 | 2.18 | 7990-000 | | | 30,277.62 |
| | | | Dividend paid 100.00% on $4.04; Claim# 11I; Filed: $4.04 | 4.04 | 7990-000 | | | 30,277.62 |
| | | | Dividend paid 100.00% on $2.27; Claim# 12I; Filed: $2.27 | 2.27 | 7990-000 | | | 30,277.62 |
| | | | Dividend paid 100.00% on $6.84; Claim# 13I; Filed: $6.84 | 6.84 | 7990-000 | | | 30,277.62 |
| | | | Dividend paid 100.00% on $4.05; Claim# 14I; Filed: $4.05 | 4.05 | 7990-000 | | | 30,277.62 |
| | | | Dividend paid 100.00% on $3.78; Claim# 15I; Filed: $3.78 | 3.78 | 7990-000 | | | 30,277.62 |
| | | | Dividend paid 100.00% on $5.05; Claim# 16I; Filed: $5.05 | 5.05 | 7990-000 | | | 30,277.62 |
| | | | Dividend paid 100.00% on $3.08; Claim# 17I; Filed: $3.08 | 3.08 | 7990-000 | | | 30,277.62 |
| 09/07/16 | 107 | Citibank, N.A. | Combined Check for Claims#22,22I | | | 219.65 | 30,057.97 |
| | | | Dividend paid 100.00% on $219.17; Claim# 22; Filed: $219.17 | 219.17 | 7100-000 | | | 30,057.97 |
| | | | Dividend paid 100.00% on $0.48; Claim# 22I; Filed: $0.48 | 0.48 | 7990-000 | | | 30,057.97 |
| 09/07/16 | 108 | Commerce Bank | Combined Check for Claims#2,2I | | | 2,823.05 | 27,234.92 |
| | | | Dividend paid 100.00% on $2,816.93; Claim# 2; Filed: $2,816.93 | 2,816.93 | 7100-000 | | | 27,234.92 |
| | | | Dividend paid 100.00% | 6.12 | 7990-000 | | | 27,234.92 |

Subtotals :                  $0.00        $3,042.70

{} Asset reference(s)

Exhibit 9

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 14-25525-JPC  
**Case Name:** MANASERI, SCOTT BENEDICT  
MANASERI, TAMMY LYNN  
**Taxpayer ID #:** **-***7231  
**Period Ending:** 11/03/16

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0566 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $6.12; Claim# 2I; Filed: $6.12 | | | | |
| 09/07/16 | 109 | Dell Financial Services, LLC | Combined Check for Claims#18,18I | | | 1,096.06 | 26,138.86 |
| | | | Dividend paid 100.00% on $1,093.68; Claim# 18; Filed: $1,093.68 | 7100-000 | 1,093.68 | | 26,138.86 |
| | | | Dividend paid 100.00% on $2.38; Claim# 18I; Filed: $2.38 | 7990-000 | 2.38 | | 26,138.86 |
| 09/07/16 | 110 | Department of the Treasury | Combined Check for Claims#3U-2,3P-2,3PI-2,3UI-2 | | | 3,168.78 | 22,970.08 |
| | | | Dividend paid 100.00% on $91.76; Claim# 3U-2; Filed: $91.76 | 7100-000 | 91.76 | | 22,970.08 |
| | | | Dividend paid 100.00% on $3,070.15; Claim# 3P-2; Filed: $3,070.15 | 5800-000 | 3,070.15 | | 22,970.08 |
| | | | Dividend paid 100.00% on $6.67; Claim# 3PI-2; Filed: $6.67 | 7990-000 | 6.67 | | 22,970.08 |
| | | | Dividend paid 100.00% on $0.20; Claim# 3UI-2; Filed: $0.20 | 7990-000 | 0.20 | | 22,970.08 |
| 09/07/16 | 111 | Discover Bank | Combined Check for Claims#1,1I | | | 1,191.80 | 21,778.28 |
| | | | Dividend paid 100.00% on $1,189.22; Claim# 1; Filed: $1,189.22 | 7100-000 | 1,189.22 | | 21,778.28 |
| | | | Dividend paid 100.00% on $2.58; Claim# 1I; Filed: $2.58 | 7990-000 | 2.58 | | 21,778.28 |
| 09/07/16 | 112 | MERRICK BANK | Combined Check for Claims#19,19I | | | 2,325.34 | 19,452.94 |
| | | | Dividend paid 100.00% on $2,320.30; Claim# 19; Filed: $2,320.30 | 7100-000 | 2,320.30 | | 19,452.94 |
| | | | Dividend paid 100.00% on $5.04; Claim# 19I; Filed: $5.04 | 7990-000 | 5.04 | | 19,452.94 |
| 09/07/16 | 113 | PYOD, LLC its successors and assigns as assignee | Combined Check for Claims#21 -2,21I-2 | | | 3,806.30 | 15,646.64 |

Subtotals :    $0.00    $11,588.28

{} Asset reference(s)

Printed: 11/03/2016 09:20 AM    V.13.28

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 14-25525-JPC | **Trustee:** | ALEX D. MOGLIA (330260) | |
| **Case Name:** | MANASERI, SCOTT BENEDICT | **Bank Name:** | Rabobank, N.A. | |
| | MANASERI, TAMMY LYNN | **Account:** | ******0566 - Checking Account | |
| **Taxpayer ID #:** | **-***7231 | **Blanket Bond:** | $5,000,000.00 (per case limit) | |
| **Period Ending:** | 11/03/16 | **Separate Bond:** | N/A | |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00% 3,798.05 on $3,798.05; Claim# 21-2; Filed: $3,798.05 | 7100-000 | | | 15,646.64 |
| | | | Dividend paid 100.00% 8.25 on $8.25; Claim# 21I-2; Filed: $8.25 | 7990-000 | | | 15,646.64 |
| 09/07/16 | 114 | PYOD, LLC its successors and assigns as assignee | Combined Check for Claims#20 -2,20I-2 | | | 2,145.24 | 13,501.40 |
| | | | Dividend paid 100.00% 2,140.59 on $2,140.59; Claim# 20-2; Filed: $2,140.59 | 7100-000 | | | 13,501.40 |
| | | | Dividend paid 100.00% 4.65 on $4.65; Claim# 20I-2; Filed: $4.65 | 7990-000 | | | 13,501.40 |
| 09/07/16 | 115 | Quantum3 Group LLC as agent for | Combined Check for Claims#4,5,6,4I,5I,6I | | | 2,309.94 | 11,191.46 |
| | | | Dividend paid 100.00% 838.94 on $838.94; Claim# 4; Filed: $838.94 | 7100-000 | | | 11,191.46 |
| | | | Dividend paid 100.00% 1,178.68 on $1,178.68; Claim# 5; Filed: $1,178.68 | 7100-000 | | | 11,191.46 |
| | | | Dividend paid 100.00% 287.32 on $287.32; Claim# 6; Filed: $287.32 | 7100-000 | | | 11,191.46 |
| | | | Dividend paid 100.00% 1.82 on $1.82; Claim# 4I; Filed: $1.82 | 7990-000 | | | 11,191.46 |
| | | | Dividend paid 100.00% 2.56 on $2.56; Claim# 5I; Filed: $2.56 | 7990-000 | | | 11,191.46 |
| | | | Dividend paid 100.00% 0.62 on $0.62; Claim# 6I; Filed: $0.62 | 7990-000 | | | 11,191.46 |
| 09/07/16 | 116 | SPRINGER BROWN LLC | Combined Check for Claims#et_al. | | | 11,191.46 | 0.00 |
| | | | Dividend paid 100.00% 11,135.00 on $11,135.00; Claim# ; Filed: $11,135.00 | 3210-000 | | | 0.00 |
| | | | Dividend paid 100.00% 56.46 on $56.46; Claim# ; | 3220-000 | | | 0.00 |

Subtotals :   $0.00   $15,646.64

{} Asset reference(s)   Printed: 11/03/2016 09:20 AM   V.13.28

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| **Case Number:** | 14-25525-JPC | | **Trustee:** | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| **Case Name:** | MANASERI, SCOTT BENEDICT | | **Bank Name:** | Rabobank, N.A. |
| | MANASERI, TAMMY LYNN | | **Account:** | ******0566 - Checking Account |
| **Taxpayer ID #:** | **-***7231 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 11/03/16 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $56.46 | | | | |

|  |  |  |  |
|---|---|---|---|
| | ACCOUNT TOTALS | 99,031.39 | 99,031.39 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | **99,031.39** | **99,031.39** | |
| | Less: Payments to Debtors | | 45,513.35 | |
| | **NET Receipts / Disbursements** | **$99,031.39** | **$53,518.04** | |

|                                    |           |
|------------------------------------|-----------|
| Net Receipts :                     | 99,031.39 |
| Less Payments to Debtor :          | 45,513.35 |
| Net Estate :                       | $53,518.04 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0566** | 99,031.39 | 53,518.04 | 0.00 |
| | $99,031.39 | $53,518.04 | $0.00 |

{} Asset reference(s)